**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7658**

———————

TODD DOUGLAS LEHRER,

                                Petitioner - Appellant,

    versus

JACK LEE, Warden, Keen Mountain Correctional
Center; RONALD J. ANGELONE, Director,

                                Respondents - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-99-807-7)

———————

Submitted: February 24, 2000        Decided: March 3, 2000

———————

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Todd Douglas Lehrer, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Todd Lehrer seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Lehrer v. Lee</u>, No. CA-99-807-7 (W.D. Va. Nov. 8, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2